No. 941. KOPPEL INDUSTRIAL CAR & EQUIPMENT COMPANY v. ALBERT E. LEE, RECEIVER. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry E. Warner* for petitioner. *Mr. Philip N. Jones* for respondent.

No. 942. M. J. BASHARA v. GEORGE C. HOPKINS, COLLECTOR OF INTERNAL REVENUE. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondent.

No. 947. MANFRED W. EHRICH, TRUSTEE, ETC., ET AL. v. CHARLES J. EISENLOHR. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur Garfield Hays* and *Mr. Saul S. Myers* for petitioners. *Mr. Owen J. Roberts* for respondent.

No. 953. FRANK K. BOWERS, COLLECTOR OF INTERNAL REVENUE, ETC. v. WEST VIRGINIA PULP & PAPER COMPANY. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Solicitor General Beck* for petitioner. *Mr. John W. Davis* for respondent.

No. 954. EMILY R. CADWALADER ET AL., EXECUTORS, ETC. v. EDWARD L. STURGESS, ETC., COLLECTOR OF UNITED STATES INTERNAL REVENUE, ETC. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Herbert Noble* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondent.